IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**DESTINE L. SHOOK,**            CRIM. NO. 2:07-cr-00033
                                            CASE NO. 2:07-cv-1239
                                            JUDGE HOLSCHUH
              **Petitioner,**           MAGISTRATE JUDGE ABEL

v.

**UNITED STATES OF AMERICA,**

              **Respondent.**

## OPINION AND ORDER

On April 15, 2008, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant motion to vacate, set aside, or corrects sentence pursuant to 28 U.S.C. §2255 be dismissed, and further directed that Ground B of petitioner's motion be docketed as a motion for reduction of sentence and referred to the Federal Public Defender for further consideration under this Court's General Orders 08-02 and 08-03.

On May 5, 2008, the Court granted petitioner's request for an extension of time to file objections to the Magistrate Judge's *Report and Recommendation*. *See* Doc. Nos. 31, 32. Although the Court explicitly advised the parties of the right to object to the Magistrate Judge's *Report and Recommendation* and of the consequences of failing to do so, and granted petitioner's request for a continuance to file his objections to the *Report and Recommendation*, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED.** This action is hereby **DISMISSED.**

**IT IS SO ORDERED.**

Date: July 16, 2008                                          **/s/ John D. Holschuh**
                                                             JOHN D. HOLSCHUH
                                                             United States District Judge